In the Matter of MEGAN M. CARMICHAEL, Appellant, and ELSPETH E. CARMICHAEL, Plaintiff, v NATIONAL SHAWMUT BANK OF BOSTON et al., Respondents.—Appeal from an order of the Supreme Court at Special Term, entered June 26, 1978 in St. Lawrence County, which granted defendants' motion to dismiss appellant's cause of action on the ground that it was barred by the Statute of Limitations. Order affirmed, without costs, on the opinion of Shea, J., at Special Term. Mahoney, P. J., Sweeney, Staley, Jr., Main and Herlihy, JJ., concur.